# CIVIL COVER SHEET

JS 44 (Rev. 09/11)

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Angel Lopez Cruz and Angelica Rosales, on behalf of themselves and all others similarly situated,

**DEFENDANTS**
El Rancho Farms and Does, 1-20

**(b)** County of Residence of First Listed Plaintiff: **Kern**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Kern**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stan Mallison, Hector Martinez, Marco Palau, Joseph D. Sutton
Mallison & Martinez, 1939 Harrison Street, Suite 730, Oakland, CA 94612

Attorneys *(If Known)*
William L. Alexander, Alexander & Associates, PLC 1925 G Street Bakersfield, CA 93301

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
☒ 790 Other Labor Litigation

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Agric. Workers Prot. Act, 29 USC § 100.1; Cal. Bus. & Prof Code § 17200; Class Action Fairness Act
Brief description of cause: Misconduct and wrongdoing in labor and employment within the table grape industry.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE Anthony W. Ishii  DOCKET NUMBER 05-1600; 06-0288

DATE: 11-28-12
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE