UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EL RANCHO FARMS, a partnership, and GARZA CONTRACTING, INC. (dba AA CONTRACTING), a California Corporation,<br><br>Defendants. | CASE NO. 1:12-CV-1934 AWI JLT<br><br>ORDER VACATING HEARING DATE OF APRIL 29, 2013 AND TAKING MATTER UNDER SUBMISSION |

Defendant El Rancho has made a motion to dismiss. Doc. 14. Plaintiffs oppose the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 29, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 24, 2013

_____
SENIOR DISTRICT JUDGE

1