**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL LOPEZ CRUZ, et al., | Case No.: 1:12-cv-01934 - AWI - JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 35) |
| EL RANCHO FARMS, et al., | |
| Defendants. | |

On August 1, 2014, the parties notified the Court that they have settled the action. (Doc. 35.) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **August 22, 2014**;
2. All pending dates, conferences and hearings are **VACATED,** and the pending motions to dismiss (Docs. 14, 18) are **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 4, 2014**              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

1