1  Thomas P. Feher, State Bar No. 149944
   LEBEAU • THELEN, LLP
2  5001 East Commercenter Drive, Suite 300
   Post Office Box 12092
3  Bakersfield, California 93389-2092
   (661) 325-8962; Fax (661) 325-1127
4
5  Attorneys for GARZA CONTRACTING, INC., dba AA CONTRACTING

6  (Additional Counsel on pp . 2)

7                          **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

9

| | |
|---|---|
| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation,<br><br>Defendants. | CASE NO: 1:12-cv-01934-AWI-JLT<br><br>**ORDER ON STIPULATION AND DECLARATION REQUESTING EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>EL RANCHO FARMS, and DOES 1-20,<br><br>Defendants. | CASE NO. 09-CV-00707-AWI-JLT |

---

1
[PROPOSED] ORDER ON STIPULATION AND DECLARATION REQUESTING EXTENSION OF DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case Nos. 09-cv-00707-AWI-JLT & 1:12-cv-019344-AWI-JLT

1 | William L. Alexander (State Bar Number 126607)
2 | Elizabeth Estrada (State Bar Number 232302)
  | Alexander & Associates
3 | 1925 G Street
  | Bakersfield, CA 93301
4 | Phone: (661)316-7888
  | Fax: (661)316-7890
5 
  | Attorneys for defendant El Rancho Farms
6 
7 | STAN S. MALLISON (SBN 184191)
  |   stanm@themmlawfirm.com
8 | HECTOR R. MARTINEZ (SBN 206336)
  |   hectorm@themmlawfirm.com
9 | MARCO A. PALAU (SBN 242340)
  |   mpalau@themmlawfirm.com
10 | JOSEPH D. SUTTON (SBN 269951)
   |   jsutton@themmlawfirm.com
11 | MALLISON & MARTINEZ
   | 1939 Harrison Street, Suite 730
12 | Oakland, California  94612
   | Telephone: (510) 832-9999
13 | Facsimile:  (510) 832-1101

14 | Attorneys for Plaintiffs

The Stipulation and Declaration of the parties having been filed and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for the parties to file their Motion for Preliminary Approval of Class Settlement is hereby extended to and including October 20, 2014.

IT IS SO ORDERED.

Dated:   August 4, 2014                              _____
                                                                        SENIOR DISTRICT JUDGE