UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>EL RANCHO FARMS, et al.,<br><br>        Defendants.<br><br>ANGEL LOPEZ CRUZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>EL RANCHO FARMS, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-01934- AWI-JLT<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR APPROVAL OF THE AMENDED CLASS NOTICE (Doc. 48) |

On December 5, 2014, Plaintiffs Angel Lopez Cruz and Angleica Alvarez submitted an amended Class Notice for the Court's approval. (Doc. 48.) Plaintiffs have complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may enter the action and appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment.

1

1  For these reasons, final approval of the Class Notice (Doc. 48) is **GRANTED**.

3  IT IS SO ORDERED.

4  Dated:   **December 8, 2014**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE