UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EL RANCHO FARMS, et al.,<br><br>          Defendants.<br><hr>ANGEL LOPEZ CRUZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EL RANCHO FARMS, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-01934- AWI-JLT<br><br>ORDER CONTINUING THE DEADLINES RELATED TO THE CLASS NOTICE BASED UPON THE STIPULATION OF THE PARTIES<br><br>ORDER CONTINUING THE FINAL APPROVAL AND FITNESS HEARING TO JUNE 18, 2015<br><br>ORDER DIRECTING PLAINTIFFS TO FILE AN AMENDED CLASS NOTICE PACKET |

On January 12, 2015, the parties filed a stipulation to continue deadlines related to the class notice and the filing of a motion for final approval of the class settlement. (Doc. 50.) The parties seek an extension of sixty days "so as to permit defendants to gather the necessary class data to provide to the claims administrator." (*Id.* at 2.)

Based upon the stipulation of the parties**, IT IS HEREBY ORDERED**:

1. Plaintiffs **SHALL** file an amended Notice Packet with the revised dates for the Court's approval no later than **January 26, 2015**;

1

2. The parties **SHALL** provide the Settlement Administrator with the Class Data no later than **March 12, 2015**;

3. The Settlement Administrator **SHALL** mail the approved Class Notice Packet no more than **March 22, 2015**;

4. The deadline for any Class Member to submit a timely and valid Claim Form is CONTINUED to **May 14, 2015**;

5. A class member who wishes to be excluded from settlement shall postmark the Opt-Out Form no later than before **May 14, 2015**;

6. Any objections to or comments on the Settlement Agreement **SHALL** be filed with the Court and mailed to Class Counsel no later than before **May 14, 2015**;

7. The petition for attorneys' fees and for class representative enhancement fee **SHALL** be filed no later than **May 28, 2015**;

8. The Final Approval and Fairness Hearing is **CONTINUED** to **June 18, 2015**, at 9:00 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, California. At this hearing, the Court shall determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the class members.  The Court shall hear all evidence and argument necessary to evaluate the Settlement and other motions and requests, including the class representative enhancement request and motion for attorneys' fees;

9. Class Members may appear at the hearing on **June 18, 2015**, in person or through his or her own attorney, to show cause why this Court should not approve the Settlement Agreement, or to object to the motion for attorneys' fees or class member representative enhancement award.  For comments or objections to be considered at the hearing, the Class Member must file comments with the Clerk of this Court indicating briefly the nature of the Class Member's comments, support, or objection.

10. The Court reserves the right to vacate the Final Approval and Fairness Hearing if no comments or objections are filed with this Court on or before **May 14, 2015**;

11. The Court reserves the right to continue the date of the Final Approval and Fairness

Hearing without further notice to class members; and

12. The Court retains jurisdiction to consider all further applications arising from or related to the Settlement Agreement.

IT IS SO ORDERED.

Dated: **January 12, 2015**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE