1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES, et al., | Case No.: 1:12-cv-01934- AWI-JLT |
| Plaintiffs, | ORDER APPROVING THE AMENDED CLASS NOTICE (Doc. 52) |
| v. | |
| EL RANCHO FARMS, et al., | |
| Defendants. | |
| ANGEL LOPEZ CRUZ, et al., | |
| Plaintiffs, | |
| v. | |
| EL RANCHO FARMS, et al., | |
| Defendants. | |

On January 13, 2015, the Court continued the deadlines related to the class notice based upon the stipulation of the parties. (Docs. 50-51.) On January 26, 2014, Plaintiffs Angel Lopez Cruz and Angelica Alvarez submitted an amended Class Notice for the Court's approval, including the revised deadlines. (Doc. 52.)

Plaintiffs have complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved,

how a class member may enter appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment. For these reasons, the amended Class Notice (Doc. 52) is **APPROVED**.

IT IS SO ORDERED.

    Dated: **January 29, 2015**　　　　　　　　　　/s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE