1 | STAN S. MALLISON (SBN 184191)
2 |   stanm@themmlawfirm.com
   | HECTOR R. MARTINEZ (SBN 206336)
3 |   hectorm@themmlawfirm.com
   | MARCO A. PALAU (SBN 242340)
4 |   mpalau@themmlawfirm.com
   | JOSEPH D. SUTTON (SBN 269951)
5 |   jsutton@themmlawfirm.com
   | MALLISON & MARTINEZ
6 | 1939 Harrison Street, Suite 730
   | Oakland, California  94612
7 | Telephone: (510) 832-9999
   | Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

(Additional Counsel on pp . 2)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated, | CASE NO: 1:12-cv-01934-AWI-JLT |
| --- | --- |
| Plaintiffs, | **[PROPOSED]** ORDER ON STIPULATION REQUESTING TO CONTINUE DEADLINES |
| vs. | (Doc. 54) |
| EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation, | |
| Defendants. | |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated, | CASE NO. 1:09-cv-00707-AWI-JLT |
| | (Doc. 182) |
| Plaintiffs, vs. | |
| EL RANCHO FARMS, and DOES 1-20, | |
| Defendants. | |

1  William L. Alexander (State Bar Number 126607)
   Elizabeth Estrada (State Bar Number 232302)
2  Alexander & Associates
   1925 G Street
3  Bakersfield, CA 93301
   Phone: (661)316-7888
4  Fax: (661)316-7890

5  Attorneys for defendant El Rancho Farms

6

7  Thomas P. Feher, State Bar No. 149944
   LEBEAU • THELEN, LLP
   5001 East Commercenter Drive, Suite 300
8  Post Office Box 12092
   Bakersfield, California 93389-2092
9  (661) 325-8962; Fax (661) 325-1127

10 Attorneys for GARZA CONTRACTING, INC., dba AA CONTRACTING

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Stipulation of the parties having been filed and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. That the deadlines issued by the Court relating the administration of the Class Notice Packet and Final Approval and Fairness Hearing are extended to the following dates:

   a. The Settlement Administrator shall mail the approved Class Notice Packet by April 20, 2015;

   b. The deadline for any Class Member to submit a timely and valid Claim Form is continued to June 12, 2015;

   c. A Class Member who wishes to be excluded from the settlement shall postmark the Opt-Out Form no later than June 12, 2015;

   d. Any objections to or comments on the Settlement Agreement shall be filed with the Court and mailed to Class Counsel no later than June 12, 2015;

   e. The petition for attorneys' fees and for Class Representative enhancement fee shall be filed no later than June 26, 2015; and

   f. The Final Approval and Fairness Hearing shall be held on Friday, July 17, 2015 at 9:00 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, California.

2. The Claims Administrator's estimated costs of $44,624 to be deducted from the Gross Settlement Amount are preliminarily approved.

IT IS SO ORDERED.

Dated:   **April 10, 2015**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE